**Order entered January 13, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-14-00905-CR**
**No. 05-14-00906-CR**

**DONTE LAMONT ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-25715-U, F13-25716-U**

## ORDER

The Court has before it appellant's January 12, 2015 request for an extension of time to file his pro se response to the *Anders* brief filed by counsel and his January 12, 2015 letter asking for the record of "when [he] went to talk to Judge Jennifer Balido in the 291st District Court" and the "recorded conversations with [his] lawyer Mark Nancarrow." The "talk" with Judge Balido and any recorded conversations with his attorney are not part of the record on appeal. Accordingly, we **DENY** his request to obtain those items to respond to the *Anders* brief. Appellant's response must be based on the appellate record on file.

By letter dated December 22, 2014, we gave appellant until February 9, 2015 to file his pro se response. Appellant seeks an extension until March 20, 2015. We **GRANT** the extension

and **ORDER** appellant to file any pro se response by March 20, 2015.  No further extensions will be granted.  If the pro se response is not filed by the date specified, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Dontae Rose, TDCJ No. 1942614, Middleton Unit, 13055 F.M. 3522, Abilene, Texas 79601.

/s/    ADA BROWN
JUSTICE